# CRIMINAL COMPLAINT
### (Electronically Submitted)

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Steven Michael Oliver**<br>DOB: 1957; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-00170MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 21, 2026, in the District of Arizona, **Steven Michael Oliver**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Juan Pablo Lopez-Lopez and Miguel Angel Moreno-Ontiveros, had come to, entered, and remained in the United States in violation of law, did attempt to transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 21, 2026, in the District of Arizona (Topawa), Border Patrol Agents (BPAs) were assigned to patrol duties near the village of San Miguel on the Tohono O'odham Nation.  While travelling south on Federal Route (FR) 19, BPAs observed a gray 2010 Honda Accord slowly turning east on Park Road.  The Honda then turned around and turned south on FR 19 before pulling over near mile marker 16.  This area is a common pick-up location for illegal aliens.  The Honda turned east on a dirt road and came to a stop.  As BPAs turned around and approached the area, they observed one individual emerge from the brush and attempt to enter the Honda.  Three more individuals then approached the rear doors of the vehicle.  The three individuals were wearing camouflage clothing that is commonly worn by individuals who are attempting to conceal themselves after illegally crossing the border.  As BPAs got closer to the Honda, the individuals fled from the vehicle and ran east.  BPAs approached the Honda and observed the driver, identified as **Steven Michael Oliver**, dressed in a red-collared shirt and blue jeans.  BPAs detained **Oliver** while they investigated further.  After searching the area and following footprints from the Honda, BPAs apprehended two individuals hiding in a wash.  An immigration inspection was performed on the individuals, identified as Juan Pablo Lopez-Lopez and Migual Angel Moreno-Ontiveros, and BPAs determined them to be citizens of Colombia and Mexico illegally present in the United States.  Record checks revealed that Juan Pablo Lopez-Lopez and Migual Angel Moreno-Ontiveros do not possess the proper documentation to enter, pass through, or remain in the United States legally.  **Oliver** was determined to be a United States citizen.

Material witness Juan Pablo Lopez-Lopez stated that he is a citizen of Colombia and that his friend arranged for him to be smuggled into the United States.  He crossed the border with another individual and was guided through messages on WhatsApp to a pin drop where he was to wait for a gray vehicle.  Lopez-Lopez was hiding in the brush by the road until he saw the gray vehicle.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Juan Pablo Lopez-Lopez and Miguel Angel Moreno-Ontiveros

| | |
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE and NAME<br>Border Patrol Agent<br>Jeremy Sykes |

Sworn by telephone  x

| | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 23, 2026 |

[1]    See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**

26-00170MJ

The driver honked twice to signal him to get into the vehicle. He got into the passenger seat, and the driver was going to take him to Phoenix, Arizona. Lopez-Lopez described the driver as an older Caucasian male with a long white beard. Lopez-Lopez consented to a search of his phone and BPAs discovered a pin drop for the pick-up location and a picture of the vehicle that was going to pick him up.

Material witness Migual Angel Moreno-Ontiveros stated that he is a citizen of Mexico and that he made arrangements with a young individual to be smuggled into the United States. He crossed the border with three other individuals, and they did not have a foot guide. The group was guided on the route through messages on WhatsApp to the pick-up location where they were to wait for a gray vehicle. The gray vehicle from the picture that was sent on WhatsApp stopped in front of him so that he could enter. Moreno-Ontiveros did not enter the vehicle and could not see the driver.